IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ARNOLD E. WEBB JR.,<br>Individually and on behalf of all others, similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., AND DR PEPPER/SEVEN UP, INC.,<br><br>Defendants. | § § § § § § § § § § § § § § | Case No. 4:17-CV-00624-RK |

## DECLARATION OF DANH LOYD

I, Danh Loyd, declare as follows:

I am employed as Packaging Manager for Dr Pepper Snapple Group Inc. ("DPSG") and its subsidiaries, including Dr Pepper/Seven Up, Inc. ("DPSU"). As Packaging Manager, I am knowledgeable about the labels affixed to the products marketed by DPSU, including Canada Dry Ginger Ale.

I make this Declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth herein and if called as a witness I could testify competently to such facts.

Attached hereto as Exhibit A is a true and correct image of the label for Canada Dry Ginger Ale that was used in the marketplace at the time Plaintiff allegedly purchased Canada Dry Ginger Ale (*i.e.*, during the last year). In addition to the label attached as Exhibit A, the label attached as Exhibit B is a true and correct image of a label for Canada Dry Ginger Ale which may have been used for a very short period of time in 2016 and 2017. The primary

distinctions between the two labels are the presence on Exhibit B of: (i) a GMO notice; (ii) a revised deposit copy; and (iii) an updated recycling message.

Pursuant to 28 U.S.C. § 1764, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September 2017, in Plano, Texas.

Danh Loyd