**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| ARNOLD E. WEBB JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., and DR PEPPER/SEVEN UP, INC.,<br><br>Defendants. | Case No.: 4:17-cv-00624-RK |

**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Arnold E. Webb Jr. ("Plaintiff") hereby stipulates that Plaintiff's individual claims in the above-captioned case shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each Party shall bear its own fees and costs.

| | |
|---|---|
| Dated: June 20, 2018 | Respectfully submitted,<br><br>By:     s/Tim E. Dollar<br><br>Tim E. Dollar, Missouri Bar No. 33123<br>**DOLLAR, BURNS & BECKER, L.C.**<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>Telephone: (816) 876-2600<br>Facsimile: (816) 221-8763<br>E-mail: timd@dollar-law.com<br><br>Benjamin Heikali (*pro hac vice*)<br>**FARUQI & FARUQI, LLP**<br>10866 Wilshire Blvd., Suite 1470<br>Los Angeles, CA 90024<br>Telephone: 424.256.2884<br>Fax: 424.256.2885<br>E-mail: bheikali@faruqilaw.com |

Timothy J. Peter (*pro hac vice*)
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Fax: (215) 277-5771
E-mail: tpeter@faruqilaw.com

*Attorneys for Plaintiff Arnold E. Webb Jr.*

By: ___s/Stacey R. Gilman___
**BERKOWITZ OLIVER LLP**
Stacey R. Gilman, MO Bar #55690
sgilman@berkowitzoliver.com
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

**BAKER BOTTS L.L.P.**
Jonathan A. Shapiro (*pro hac vice*)
jonathan.shapiro@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6304

Van H. Beckwith (*pro hac vice*)
van.beckwith@bakerbotts.com
Monica R. Hughes (*pro hac vice*)
monica.hughes@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendants Dr Pepper Snapple Group, Inc. and Dr Pepper/Seven Up, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice and a copy of the electronic filing to all parties of record, including the following:

**BERKOWITZ OLIVER LLP**
Stacey R. Gilman, MO Bar #55690
sgilman@berkowitzoliver.com
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888

**BAKER BOTTS L.L.P.**
Jonathan A. Shapiro (*pro hac vice*)
jonathan.shapiro@bakerbotts.com
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6304

Van H. Beckwith (*pro hac vice*)
van.beckwith@bakerbotts.com
Monica R. Hughes (*pro hac vice*)
monica.hughes@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendants Dr Pepper Snapple Group, Inc. and Dr Pepper/Seven Up, Inc.*

By:    s/ Tim E. Dollar

Tim E. Dollar, Missouri Bar No. 33123
**DOLLAR, BURNS & BECKER, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
Telephone: (816) 876-2600
Facsimile: (816) 221-8763
E-mail: timd@dollar-law.com